**No. 51750.**—Protest 116173–K of Casa Tula (Dallas).

Opinion by MOLLISON, J.   An examination of the official papers revealed that the protest was not filed within the statutory period of 60 days after the date of liquidation, as required by section 514, Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1514).   The protest was therefore dismissed.

BEFORE THE THIRD DIVISION, MAY 28, 1947

**No. 51751.**—Protests 991064–G, etc., of Sun Kwong On et al. (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342).   In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51752.**—Protests 34439–K, etc., of Chews Produce Co. et al. (Los Angeles).

Opinon by CLINE, J.   It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342).   In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51753.**—Protests 56355–K, etc., of Fook Lee & Co. et al. (Philadelphia).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342).   In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51754.**—Protests 79742–K, etc., of Quan Hing et al.   (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342).   In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51755.**—Protest 118707–K of Searle Grain Co., Ltd. (Duluth).

Opinion by CLINE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.